**Marquis & Aurbach**
JACK C. JUAN, ESQ.
Nevada Bar No. 10068
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8908
jjuan@marquisaurbach.com
bhardy@marquisaurbach.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERRY WANG, an individual; FORUM GROUP LIMITED, a Nevada limited liability company; QUALITY UTILITIES, LLC, a Nevada limited liability company,<br><br>              Plaintiffs,<br><br>vs.<br><br>COUNTY OF NYE, a political subdivision of the state of Nevada; NYE COUNTY PLANNING DEPARTMENT, a political subdivision of the state of Nevada; PAHRUMP REGIONAL PLANNING DISTRICT, a political subdivision of the state of Nevada; RON WILLIAMS, individually and as Nye County Manager; NYE COUNTY BOARD OF COUNTY COMMISSIONERS, a political subdivision of the state of Nevada; PETER LIOKOPOLUS, individually and as Nye County Commissioner; CHERYL BEEMAN, individually and as Former Acting Director of Nye County Planning Department; TOWN OF PAHRUMP, an unincorporated town in the state of Nevada and County of Nye; PAHRUMP TOWN BOARD, a political subdivision of the Town of Pahrump, an unincorporated town in the State of Nevada and County of Nye; LAURAYNNE MURRY, individually and as Former Chairwoman of the Pahrump Town Board; DOES 1 through 20; and ROE BUSINESS and GOVERNMENT ENTITIES 1 through 20,<br><br>              Defendants. | Case No.:    2:08-CV-1258<br><br>**MARQUIS & AURBACH'S SUPPLEMENT TO MOTION TO FORECLOSE AND ADJUDICATE ATTORNEYS LIEN [#82]** |

# MARQUIS & AURBACH'S SUPPLEMENT TO MOTION TO FORECLOSE AND ADJUDICATE ATTORNEYS LIEN [#82]]

Pursuant to Order [#85] filed on April 12, 2010, the law firm of Marquis & Aurbach (hereinafter "M&A") hereby submits this Supplement to Motion Foreclose and Adjudicate Attorneys Lien [#82] against Plaintiffs Jerry Wang, Forum Group Limited, and Quality Utilities, LLC (the "Plaintiffs"). This supplement includes the Memorandum of Attorneys Fees and Costs attached hereto as Exhibit A and the redacted bills of Marquis & Aurbach attached hereto as Exhibit B.

Dated this 26th day of April, 2010.

MARQUIS & AURBACH

By: _____
Jack C. Juan, Esq.
Nevada Bar No. 6367
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2010, I served a copy of the foregoing **MARQUIS & AURBACH'S SUPPLEMENT TO MOTION TO FORECLOSE AND ADJUDICATE ATTORNEYS LIEN [#82]** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

| | |
|---|---|
| Brent L. Ryman, Esq.<br>Thomas P. Beko, Esq.<br>Erickson, Thorpe & Swainston, Ltd.<br>99 W. Arroyo<br>P.O. Box 3559<br>Reno, Nevada 89505<br>Attorneys for County of Nye; Nye County Planning Department; Ron Williams; Nye County Board of County Commissioners; Peter Liokopolus & Cheryl Beeman | Jeffrey I. Pitegoff, Esq.<br>Pitegoff Law Office<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada 89128<br>Attorneys for Pahrump Regional Planning District; Town of Pahrump; Pahrump Town Board & Lauraynne Murry |

M&A:11498-001 1033525_1.DOC 4/26/2010 2:33 PM

Jerry Wang
9030 W. Sahara Avenue #201
Las Vegas, Nevada 89117
(702) 626-523-2325 Phone
(702) 876-3578 Fax
Plaintiff

QUALITY UTILITY COMPANY LLC
c/o Jerry Wang, Manager/Registered Agent
9030 W. Sahara Avenue #201
Las Vegas, Nevada 89117
(702) 626-523-2325 Phone
(702) 876-3578 Fax
Plaintiff

FORUM GROUP LIMITED
c/o Jerry Wang
9030 W. Sahara Avenue #201
Las Vegas, Nevada 89117
(702) 626-523-2325 Phone
(702) 876-3578 Fax
Plaintiff

and that there is a regular communication by mail between the place of mailing and the places so addressed.

_____
Rosie Wesp, an employee of Marquis & Aurbach