# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY WANG, *et al.*, | ) |
| Plaintiffs, | ) Case No.  2:08-cv-01258-RLH-GWF |
| vs. | ) **ORDER** |
| COUNTY OF NYE, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Stay Pending Discovery and Expert Disclosure Deadlines (#104), filed September 15, 2010.  The Court finds Defendants have demonstrated good cause to stay the pending discovery and disclosure deadlines.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Pending Discovery and Expert Disclosure Deadlines (#104) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall appear for a status hearing on **Tuesday, October 12, 2010 at 3:30 p.m.** in Las Vegas Courtroom 3A before Magistrate Judge George Foley Jr.

DATED this 23rd day of September, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge