UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY WANG, *et al.*, | ) |
|     Plaintiffs, | ) Case No.  2:08-cv-01258-RLH-GWF |
| vs. | ) **ORDER** |
| COUNTY OF NYE, *et al.*, | ) |
|     Defendants. | ) |

This matter is before the Court on the status conference held on October 29, 2010.  For the reasons stated on the record, the Court will grant an extension of the discovery cutoff date.  Accordingly,

**IT IS ORDERED** that the last date to complete discovery is **December 20, 2010.**  The expert witness disclosures are held in abeyance until after the discovery cutoff date and will be set at the status hearing set for **January 10, 2011 at 9:30 a.m.**

DATED this 1st day of November, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge