# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JERRY WANG, *et al.*, | ) | |
| Plaintiff(s), | ) | 2:08-cv-1258-RLH-GWF |
| vs. | ) | **O R D E R** |
| COUNTY OF NYE, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge (#106, filed September 24, 2010), entered by the Honorable George W. Foley, regarding Plaintiffs Forum Group Limited and Quality Utilities, LLC's failure to obtain counsel as required by law and ordered by the Court. No objection was filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#106, entered September 24, 2010) is ACCEPTED and ADOPTED, Plaintiffs Forum Group and quality Utilities' Amended Complaint (#2) is dismissed as to those Plaintiffs.

Dated:   November 3, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**