THOMAS P. BEKO, ESQ. (#002653)
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants Nye County,
Nye County Planning Department, Williams,
Nye County Board of County Commissioners,
Liokopolus and Beeman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JERRY WANG, an individual; FORUM GROUP LIMITED, a Nevada Limited Company, QUALITY UTILITIES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF NYE, a political subdivision of the State of Nevada; NYE COUNTY PLANNING DEPARTMENT, a political subdivision of the State of Nevada; PAHRUMP REGIONAL PLANNING DISTRICT, a political subdivision of the State of Nevada; *et al.*,<br><br>Defendants. | CASE NO: 2:08-CV-1258<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW, the parties, *in pro se* and by and through their respective Attorneys of Record where noted below, and hereby stipulate that the above-entitled action may be dismissed against all Defendants.

///
///

ERICKSON, THORPE &
SWAINSTON, LTD.

1

The dismissal is to be with prejudice, with all parties to bear their own court costs and attorney's fees.

RESPECTFULLY SUBMITTED this 30th day of November, 2010.

JERRY WANG, Plaintiff, *in pro se*
9030 W. Sahara Avenue, #201
Las Vegas, NV 89117

///

RESPECTFULLY SUBMITTED this 5th DECEMBER, 2011 ~~day of November, 2010.~~

ERICKSON, THORPE & SWAINSTON, LTD.

THOMAS P. BEKO, ESQ. (#002653)
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants Nye County,
Nye County Planning Department, Williams,
Nye County Board of County Commissioners,
Liokopolus and Beeman*

///

RESPECTFULLY SUBMITTED this 1/4/11 ~~day of November, 2010.~~

PITEGOFF LAW OFFICE

JEFFREY I. PITEGOFF, ESQ. (#005458)
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 553-1050
*Attorneys for Defendants Town of Pahrump,
Pahrump Town Board and Lauraynne Murray*

2

## ORDER

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 6th day of January, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3